**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1528**

_____

In re: VICENTE BILORA MBENGA,

                    Petitioner.

_____

On Petition for Writ of Mandamus.  (1:09-cr-00548-RDB-6)

_____

Submitted:  August 28, 2014          Decided:  September 2, 2014

_____

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Vicente Bilora Mbenga, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vicente Bilora Mbenga petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion filed pursuant to 28 U.S.C. § 2255 (2012). He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>